AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Georgia__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:13-cv-3352-WSD | DATE FILED<br>10/8/2013 | U.S. DISTRICT COURT<br>Northern District of Georgia |
|---|---|---|
| PLAINTIFF<br>Interface, Inc., Interface Americas, Inc., InterFLOR LLC and FLOR, Inc. | | DEFENDANT<br>Tandus Flooring, Inc. and Tandus Flooring US, LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 8,434,282 B2 | 5/7/2013 | Interface, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT | Case administratively terminated pending final resolution of inter partes review of US patent no. 8,434,282 (Trial No. IBR2013-00527).Parties may seek to reopen action within 30 days of conclusion of proceeding, incl any and all appeals |
|---|---|

| CLERK<br>James N. Hatten | (BY) DEPUTY CLERK<br>s/ Ashley Coleman | DATE<br>1/23/2014 |
|---|---|---|

US008434282B2

# (12) United States Patent
## Scott et al.

(10) Patent No.: **US 8,434,282 B2**
(45) Date of Patent: ***May 7, 2013**

(54) **SYSTEM FOR CARPET TILE INSTALLATION**

(75) Inventors: **Graham A. H. Scott**, LaGrange, GA (US); **David D. Oakey**, Atlanta, GA (US); **John P. Bradford**, LaGrange, GA (US); **Keith N. Gray**, Marietta, GA (US)

(73) Assignee: **Interface, Inc.**, Atlanta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/595,487**

(22) Filed: **Aug. 27, 2012**

(65) **Prior Publication Data**

US 2013/0014460 A1    Jan. 17, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 12/270,129, filed on Nov. 13, 2008, now Pat. No. 8,381,473, which is a continuation of application No. 11/018,947, filed on Dec. 21, 2004, now Pat. No. 7,464,510, which is a continuation-in-part of application No. 10/638,878, filed on Aug. 11, 2003, now abandoned, which is a continuation-in-part of application No. 10/381,025, filed as application No. PCT/US01/29313 on Sep. 19, 2001, now abandoned.

(60) Provisional application No. 60/619,340, filed on Oct. 15, 2004, provisional application No. 60/403,790, filed on Aug. 15, 2002, provisional application No. 60/233,680, filed on Sep. 19, 2000.

(51) **Int. Cl.**
*E04B 2/00*     (2006.01)
*E04B 5/00*     (2006.01)
*E04B 9/00*     (2006.01)

(52) **U.S. Cl.**
USPC ........... **52/506.05**; 52/311.2; 52/385; 52/391; 52/745.05; 52/747.11; 428/86; 428/100; 428/99; 428/101; 428/356; 428/354

(58) Field of Classification Search ............... 52/506.05, 52/311.2, 385, 391, 745.05, 747.11; 428/86, 428/100, 99, 101, 356, 354
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 406,866 A | 7/1889 | Atwater |
| 833,571 A | 10/1906 | Bailey |

(Continued)

FOREIGN PATENT DOCUMENTS

| AT | 360217 B | 12/1980 |
| AU | 2003265409 A1 | 3/2004 |

(Continued)

OTHER PUBLICATIONS

Extended European Search Report, EP Application No. 10180493.8, Nov. 15, 2010, 5 pages.

(Continued)

*Primary Examiner* — William Gilbert
*Assistant Examiner* — Chi Q Nguyen
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

Connectors for joining adjacent modular floor covering units. The connectors include a film and an adhesive layer coated on one side of the film. To install tiles using the connectors, a first tile is placed on the floor and a connector is positioned so that the adhesive layer faces upward and does not contact the floor. The connector is typically positioned so that only a portion of the adhesive layer adheres to the underside of the tile, leaving the remainder of the connector extending from the underside of the tile. Tiles are then positioned adjacent the first tile so that a portion of the connector adheres to the adjacent tiles. In this way, the connectors span adjacent tile edges. The tiles are assembled on a underlying flooring surface without the need to attach them to the floor surface.

**14 Claims, 9 Drawing Sheets**

